## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor:  Richard Rosenfield, Jr.

Chapter 7 Case No.   07-60587

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| eCAST Settlement Corporation<br>PO Box 35480<br>Newark, NJ  07193-5480 | 6 | $576.09 | $3.76 |
| Alexandria Appliance<br>423 Nokomis Street<br>Alexandria, MN  56308 | 9 | $489.11 | $3.19 |
| US Bank<br>PO Box 5229<br>Cincinnati, OH  45201 | 11 | $530.52 | $3.47 |

Date: January 8, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757